UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13-155 (AET) |
| | ORDER FOR CONTINUANCE |
| v. | |
| VICTOR LOPEZ | |

This matter having come before the Court upon an indictment filed by Paul J. Fishman, United States Attorney for the District of New Jersey (Courtney M. Oliva, Assistant United States Attorney, appearing) and defendant Victor Lopez, (Brian P. Reilly, Esquire, appearing) having been charged with violations of Title 18, United States Code, Section 922(g)(1) and (2), application is hereby made with the consent of the parties, for an order granting a continuance of the proceedings and amending the previous scheduling order in the above-captioned matter pursuant to 18 U.S.C. §3161(h)(7) to provide time necessary for effective trial preparation taking into account the exercise of due diligence and to permit the time to afford the parties the opportunity to reach a plea agreement which would render trial of this matter unnecessary;

and the defendant, Victor Lopez, being aware that he has a right to have a jury trial within 70 days of arraignment and waived such right;

and for good cause shown;

IT IS ORDERED this  9_TH_  day of July, 2013, that the time of this order through September 9, 2013 shall be excluded in calculating the time within which trial must be held under the Speedy Trial Act of 1974;

This court further finds:

1. That this action should be continued to provide time necessary for effective preparation, taking into account the exercise of due diligence because plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial;

IT IS FURTHER ORDERED that the trial date in this matter is continued until _12-15-13_ and that the period of time from entry of this Order until September 9, 2013 shall be excluded for the purposes of computing time under the

Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that: defendant shall file pretrial motions on or before 9/9, 2013, government shall respond to such motions on or before 9/30, 2013; the return date for pretrial motions shall be 10/7, 2013 at _____; and trial shall commence on 10-15-13 at 9:30 a.m.

_____
Honorable Anne E. Thompson
United States District Judge