UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 13-155 (AET) |
| vs. | SCHEDULING ORDER |
| VICTOR LOPEZ | RECEIVED<br>AUG - 9 2016<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

This matter having come before the Court for a pretrial conference; and the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (by Jonathan W. Romankow, Assistant U.S. Attorney, appearing); and the defendant being represented by Scott A. Krasny, Esq.; and the Court having determined that this matter should be scheduled for trial; and for good cause shown,

It is on this _9th_ day of August, 2016, ORDERED that:

1. The Government shall provide its pre-marked exhibits on or before _October 28, 2016_

    a) The authenticity and chain of custody of the Government's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 1(c).

    b) If the Government discloses the scientific analysis of an exhibit that it proposes to introduce at trial and that analysis has been determined by an expert in the field of science involved, the scientific

analysis of the exhibit shall be deemed to have been accepted unless an objection is asserted in the form set forth in paragraph 1(c).

    c) If the defendant wishes to contest the authenticity, chain of custody, or scientific analysis of an exhibit, counsel for the defendant shall file, on or before _November 7, 2016_, a notice that the authenticity, chain of custody, and/or scientific analysis of the exhibit will be contested at trial together with a statement delineating why the authenticity, chain of custody, and/or scientific analysis of the exhibit is being challenged and a certification that the challenge is being made in good faith.

2. The Defendant shall provide its pre-marked exhibits on or before _November 7, 2016_

    a) The authenticity and chain of custody of the Defendant's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 2(c).

    b) If the Defendant discloses the scientific analysis of an exhibit that the Defendant proposes to introduce at trial and that analysis has been determined by an expert in the field of science involved, the scientific analysis of the exhibit shall be deemed to have been accepted unless an objection is asserted in the form set forth in paragraph 2(c).

    c) If the Government wishes to contest the authenticity, chain of custody, or scientific analysis of an exhibit, counsel for the

Government shall file, on or before November 14, 2016, a notice that the authenticity, chain of custody, and/or scientific analysis of the exhibit will be contested at trial together with a statement delineating why the authenticity, chain of custody, and/or scientific analysis of the exhibit is being challenged and a certification that the challenge is being made in good faith.

3. The Government shall provide all material to be disclosed under <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and its progeny, on or before October 14, 2016 and shall, if it agrees to do so, provide any material to be provided under the Jencks Act, 18 U.S.C. §3500, on or before the same date.

4. The Defendant, if he ~~she~~ agrees to do so, shall produce all "reverse Jencks" that is required to be disclosed under Federal Rule of Criminal Procedure 26.2 on or before October 14, 2016

5. If the Government intends to offer any Rule 404(b) evidence, the Government shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(2)(A) on or before October 14, 2016

6. If the defendant intends to offer any "reverse Rule 404(b)" evidence, the defendant shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(2)(A) on or before October 14, 2016

7. The parties shall file any in limine motions, addressed to the admissibility of evidence, on or before *October 28, 2016*; responses to such motions may be filed on or before *November 7, 2016*; replies, if any, may be filed on or before *November 14, 2016*; and oral argument on such motions shall be held on *date to be set* at ____ a.m./p.m..

8. The parties shall file any *voir dire* requests on or before *November 22, 2016*

9. The Government shall file any requests to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before *November 22, 2016*

10. The Defendant shall file any requests to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before *November 22, 2016*

11. The parties shall file all other requests to charge on or before *November 22, 2016*

12. Jury selection shall commence on December 6, 2016 at 9:30 a.m.

13. Trial shall commence on *December 6, 2016* at *9:30* a.m.

_____
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge